# Memorandum



| Subject | | Date |
|---|---|---|
| *United States v. Walter Conley, aka "Ike Neezy"* **Death Eligible Case** | | **January 27, 2012** |

| To | From |
|---|---|
| | *MEL* |
| Loretta G. Whyte | Maurice E. Landrieu, Jr |
| Clerk of Court | Assistant United States Attorneys |
| Eastern District of Louisiana | Eastern District of Louisiana |

An Indictment charging defendant **WALTER CONLEY, aka "Ike Neezy"** with a drug related murder, was returned on Friday January 27, 2012 by the Federal Grand Jury. It has not yet been allotted to a section of court or given a case number. This memorandum is meant to notify your office that this Indictment, includes charges (Title 18 USC § 924(j)) that carry a maximum penalty of death, if the Department of Justice chooses to seek the death penalty. If you need any additional information, please feel free to contact me anytime at 504-680-3015.